*AO 88  (Rev. 11/91) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

*SUMMONS IN A CIVIL ACTION*

*United States of America*  
*c/o*  
*HAYT, HAYT & LANDAU*  
*711 STEWART AVENUE*  
*GARDEN CITY, NY  11530*

*Case Number:*  
*Claim No.: C-110761*

*v.*

*ROBERT A MAIER*  
*21 CEDAR ST*  
*HICKSVILLE, NY  11801*

**TO:** *(Name and Address of Defendant)*

> *ROBERT A MAIER*  
> *21 CEDAR ST*  
> *HICKSVILLE, NY  11801*

**YOU ARE HEREBY SUMMONED** *and required to file with the Clerk of this Court and serve upon*

**PLAINTIFF'S ATTORNEY** *(Name and Address)*

> *Joel D. Leiderman*  
> *HAYT, HAYT & LANDAU*  
> *711 STEWART AVENUE*  
> *GARDEN CITY, NY  11530*

*an answer to the complaint which is herewith served upon you, within 20  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.*

_____ DATE   *Robert C. Heinemann CLERK*

_____  
*BY DEPUTY CLERK*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

C.A. No.:
Claim No: C-110761

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § |
| | § |
| ROBERT A MAIER | § |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Nassau County, New York within the jurisdiction of this Court and may be served with service of process at 21 Cedar St, Hicksville, NY 11801.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $2823.93 |
| B. Current Capitalized Interest Balance and Accrued Interest | $2463.60 |
| C. Administrative Fee, Costs, Penalties | $39.38 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $.00 |
| E. Attorneys fees | $ |
| **Total Owed** | **$5326.91** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

HAYT, HAYT & LANDAU

Dated: September 27, 2000

By: _____
Joel D. Leiderman
711 Stewart Avenue
Garden City, NY  11530
Tel No. (516) 479-6480
Fax No. (516) 745-5705
Attorney for Plaintiff

**CIVIL CASE NO.:**
**CLAIM NO.: C-110761**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

                                      **Plaintiff**

- against-

**ROBERT A MAIER,**

                                      **Defendant**

**SUMMONS AND COMPLAINT**

**JOEL D. LEIDERMAN**
**HAYT, HAYT & LANDAU**
**711 STEWART AVENUE**
**GARDEN CITY, NY 11530**
**(516) 479-6480**