# AFFIDAVIT OF SERVICE

Date Filed: **October 3, 2000**
Court Date: _____
Assigned Justice: _____

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**
COUNTY

ATTORNEY(S): JOEL D. LEIDERMAN: HAYT, HAYT & LANDAU   PH: 516-479-6480
ADDRESS: 711 STEWART AVENUE GARDEN CITY NY 11530   File No.: C-110761

### UNITED STATES OF AMERICA,
vs.
### ROBERT A. MAIER,

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU   SS.:

____Jean Hermantin____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __October 20, 2000__ at __6:08 PM__, at __21 CEDAR STREET HICKSVILLE, NY 11801__, deponent served the within **Summons In A Civil Action and Complaint** with Index Number __CV 00 5937__, and Date Filed __October 3, 2000__ endorsed thereon, on: __ROBERT A. MAIER__, __Defendant__ therein named.

**#1 INDIVIDUAL** [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ]   By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [X]   By delivering a true copy of each to __MRS. "JANE" MAIER - MOTHER__ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X]   On __October 23, 2000__, deponent completed service under the last two sections by depositing a copy of the __Summons In A Civil Action and Complaint__ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC** [ ]   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other: _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Female__   Color of skin __White__   Color of hair __Brown__   Age __51 - 65 Yrs.__   Height __5' 4" - 5' 8"__   Weight __131 - 160 Lbs.__   Other Features: _____

**#8 WIT. FEES** [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [X]   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** [X]   MRS. "JANE" MAIER REFUSED FIRST NAME

Sworn to before me on this __23__ day of __October, 2000__

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Term Expires November 23, 2000

Jean Hermantin
Server's Lic # 0843863
Invoice•Work Order # 0003831

CAPITAL PROCESS SERVERS, INC. - 55 POST AVENUE, WESTBURY, NY 11590 - TEL 516-333-6380, FAX 516-333-6382