**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

Civil Action No.: 00-5937

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § |
| | § |
| ROBERT A MAIER | § |

Motion for Default and Final Judgment

The Honorable Eugene H. Nickerson:

United States of America ("USA") moves for final judgment against Robert A Maier because Maier has not answered, although duly summoned in the manner and for the length of time prescribed by law, and would further show that service was made on Maier, and to USA's knowledge Maier was not at the time of service in the military or naval service of the United States of America.

USA prays for final judgment in the amount set forth in the attached proposed judgment.

Dated: December 6, 2000

Respectfully Submitted,

By: _____
Joel D. Leiderman
711 Stewart Avenue
Garden City, NY  11530
Tel. (516) 479-6480
Fax. (516) 745-5705
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

Civil Action No.: 00-5937

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § |
| | § |
| ROBERT A MAIER | § |

Affidavit of Amount Due

| | |
|---|---|
| The State of NEW YORK | § |
| | § |
| County of NASSAU | |

I, Joel D. Leiderman, being first duly sworn, state:

1. I am the attorney for the United States of America in the above-entitled and numbered action.

2. The records of the Clerk of this Court show that the Summons and Complaint in this cause were duly served on Robert A Maier on 10/20/00.

3. More than 20 days have passed since such service and Maier has failed to appear, plead or otherwise defend.

4. Maier is not an infant or incompetent person and is not in the military service within the purview of the Soldier's and Sailor's Civil Relief Act of 1940 as amended.

5.  The following information is provided from the USA's records for this claim:

**Claim No.** C-110761**:**
Principal Balance: $2823.93
Total Interest Accrued: $2506.93
Administrative Charges/Costs & Disbursements: $54.38

Attorney Fees: $
Less Credits (Debtor Payments): $.00
Total Owed: $5385.24

Interest Rate: 8.000%

Dated: December 6, 2000

Respectfully submitted,

By: _____
Joel D. Leiderman
711 Stewart Avenue
Garden City, NY 11530
 (516) 479-6480
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Civil Action No.: 00-5937

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § |
| | § |
| ROBERT A MAIER | § |

Default Judgment

Because Robert A Maier failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Robert A Maier:

**Claim No.** C-110761**:**
Principal Balance:                                                    $2823.93
Total Interest Accrued:                                            $2506.93
Administrative Charges/Costs & Disbursements: $54.38

Attorney Fees                                                              $
Less Credits (Debtor Payments)                    $.00

**Total Owed**                                                           **$5385.24**

Interest Rate:                                                            8.000%

Plus Post-judgment interest at **6.052%** per annum from the date of this judgment.

Signed                                      ,2000 at , BROOKLYN, NEW YORK.

_____
Eugene H. Nickerson
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                      Plaintiff

                                      Civil Action No.: 00-5937
    -against-                       Claim No.:C-110761

Robert A Maier
                      Defendant(s),

## CERTIFICATE

        I, Robert C. Heineman, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the defendant(s), Robert A Maier, was served with a copy of the complaint and summons by substitute service at 21 Cedar St Hicksville NY, 11801 ON 10/20/00.

        I further certify that the docket entries indicate that Robert A Maier has not filed his/her answer or otherwise moved with respect to the complaint herein.  The default of Robert A Maier, defendant(s), is hereby noted.

DATED:  BROOKLYN, NEW YORK
                _____ , 2000

                                              ROBERT C. HEINEMAN
                                              CLERK

                                    BY: _____
                                          DEPUTY CLERK