UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,   NOTICE OF APPEARANCE

                Plaintiff,

                                        CV 00-5937
-against-                                JUDGE Eugene H. Nickerson
                                        Claim No: C-110761W

Robert A. Maier

                Defendant.

---

SIRS

    PLEASE TAKE NOTICE, that the Plaintiff, UNITED STATES OF AMERICA, hereby appears in the above entitled action, and that the undersigned has been retained as Attorneys for said Plaintiff

Dated: Smithtown, New York

        May 5, 2004

                                      MULLEN & IANNARONE, P.C.
                                        Attorney for Plaintiff

                                        BY: LIBERATORE J. IANNARONE
                                        300 East Main Street
                                        Smithtown, New York 11787
                                            (631) 361-7050